AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 7:18mj2421 |
| Jose Angel GONZALEZ-GARZA, YOB: 1987 (MEX) | ) |
|  | ) |
|  | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __11/27/2018__ in the county of __Starr__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846<br>21 USC 841 | Conspiracy to Possess with the Intent to Distribute and Possession with Intent to Distribute Marijuana, approximately 104.5 kilograms, a schedule I controlled substance. |

This criminal complaint is based on these facts:

(See Attachment I).

☐ Continued on the attached sheet.

Approved AUSA Laure Garcia

_____
*Complainant's signature*

Danielle Martin, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/27/2018 - 4:13 p.m.__

_____
*Judge's signature*

City and state: __McAllen, Texas__      Juan F. Alanis, US Magistrate Judge
*Printed name and title*

## ATTACHMENT 1

1. On November 27, 2018, at approximately 5:00 a.m., U.S. Border Patrol (USBP) Rio Grande City agents were conducting line watch duties, when agents observed several subjects walking through the brush near the Rio Grande River in Rio Grande City, TX. Agents subsequently responded to the area, which is known for narcotics trafficking. At approximately 6:00 a.m., agents observed more subjects walking through the brush, carrying large bundles, resembling bundles of marijuana. Shortly after, agents approached the individuals and identified themselves as law enforcement. The individuals then dropped the bundles and began running south towards the Rio Grande River. USBP agents subsequently apprehended one individual, later identified as Jose Angel GONZALEZ-Garza (hereafter, GONZALEZ). USBP also seized four (4) bundles of suspected marijuana, wrapped in brown cellophane, from the immediate area.
2. At the Rio Grande City USBP Station, agents processed the marijuana, which weighed approximately 104.500 kilograms (230.383 pounds). Agents also conducted a field test, which tested positive for characteristics of marijuana.
3. DEA Special Agents (SAs) Matthew Dolengowski, Christopher Donahue, and USBP Agent Ramiro Muniz conducted an interview of GONZALEZ. GONZALEZ read his Miranda Warnings out loud in Spanish. GONZALEZ stated that he understood his rights and willingly agreed to speak with agents.
4. GONZALEZ stated that he crossed the Rio Grande River from Mexico into the United States on November 27, 2018, at approximately 6:00 a.m. GONZALEZ stated that he crossed on a raft with eight other individuals and four (4) bundles of marijuana. GONZALEZ stated that upon crossing, the group waited on the riverbank for additional orders on where to bring the bundles, which were going to be loaded into a vehicle. GONZALEZ stated the he knew the bundles contained marijuana and that it was illegal to transport marijuana into the United States. GONZALEZ further stated that a individual known as "Gerardo," who also crossed the river with the group, was going to pay GONZALEZ $200 to help cross the bundles into the United States. GONZALEZ stated that after crossing into the U.S. with the bundles, the group encountered law enforcement and "Gerardo" told the group to run. GONZALEZ stated that himself and three other individuals dropped the bundles they were carrying and attempted to run back south towards Mexico, when GONZALEZ was apprehended by USBP.